1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10

11   NASSRAT ADEL HIJAZI,              ) NO. CV 09-8225-AG (MAN)
                                       )
12                 Plaintiff,          )
                                       )
13        v.                           ) ORDER ADOPTING FINDINGS,
                                       )
14   SOCIAL SECURITY COMMISSIONER,     ) CONCLUSIONS, AND RECOMMENDATIONS
                                       )
15                 Defendant.          ) OF UNITED STATES MAGISTRATE JUDGE
     _____)
16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint,
19   all of the records herein, and the Report and Recommendation of United
20   States Magistrate Judge.  The time for filing Objections has passed, and
21   no Objections have been filed with the Court.  The Court accepts and
22   adopts the Magistrate Judge's Report and Recommendation, and the
23   findings of fact, conclusions of law, and recommendations therein.

24

25        IT IS ORDERED that:  (1) Defendant's motion to dismiss is GRANTED;
26   and (2) Judgment shall be entered dismissing this action without
27   prejudice pursuant to Rule 12(b)(1) of the Federal Rules of Civil
28   Procedure.

1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

2    the Judgment herein on the parties.

3

4        LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6    DATED: May 28, 2010

7    _____

8                              ANDREW J. GUILFORD
9                    UNITED STATES DISTRICT JUDGE

2