**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NASSRAT ADEL HIJAZI, | ) NO. CV 09-8225-AG (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| SOCIAL SECURITY COMMISSIONER, | ) |
| Defendant. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

DATED: May 28, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE